52 So.2d 237

### Lee Grant JOHNSON v. CITY OF BIRMINGHAM.
### 6 Div. 238.

Supreme Court of Alabama.
April 19, 1951.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas H. Brown, of Birmingham, opposed.

SIMPSON, Justice.

Petition of Lee Grant Johnson for certiorari to the Court of Appeals in the case of Johnson v. City of Birmingham, 52 So.2d 237.

Writ denied on authority of Wilkerson v. State, 246 Ala. 542, 21 So.2d 622.

All Justices concur.

52 So.2d 154

### JOHNSON et al. v. McNEAR.
### 8 Div. 539.

Supreme Court of Alabama.
April 19, 1951.

